CATHARINE G. WEIR v. DANIEL RICHIE.— Motion to correct order of General Term denied, with ten dollars costs. Opinion by BARNARD, P. J.

ALEXANDER E. ORR, *Respondent*, v. RICHARD O'SHEA and others, *Appellants.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* HIRAM PHILLIPS, *as Commissioner, etc., Respondent,* v. THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, *Appellant.* — Order granting alternative writ of *mandamus* affirmed, with costs and disbursements. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

MINNIE FUCHS, *Respondent*, v. MICHAEL MEYHOG, *Appellant.*— Papers not submitted.

IN THE MATTER OF THE WILL OF ZIPPORAH BERTINE, *Deceased.*— Decree of surrogate admitting will to probate affirmed, with costs. Opinion by PRATT, J.

SYLVIA A. WHITE, *Respondent*, v. WILLIAM LAW, *Executor, etc., Appellant.*— Judgment reversed and new trial granted at circuit, costs to abide event. Order of reference vacated. Opinion by DYKMAN, J.

JOHN EYLERS, *Appellant*, v. JULIAETTE EYLERS, *Respondent.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

R. OLIVER PHILLIPS, *Respondent*, v. ALBERT J. GRAEFFE, *Appellant.*—Order reversed, with costs and disbursements. Opinion by BARNARD, P. J.

WILLIAM F. G. SHANKS, *Respondent*, v. JOSEPH HART, *Appellant, Impleaded, etc.*— Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.

KATHLEEN HICKEY, *Respondent*, v. JOHN P. TAAFE, *Appellant.* — Order affirmed, with costs and disbursements. Opinion by PRATT, J.

IDA S. BUSH, *Respondent*, v. WILLIAM B. POST and others, *Appellants.* — Order overruling defendant's demurrer affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent*, v. THEODORE HOFFMAN, *Appellant.* — Conviction and judgment affirmed. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

ANNA E. COMER, *Respondent*, v. CHARLES ROBINSON, *Appellant.*— Order affirmed with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THOMAS CASEY, *Appellant,* v. JAMES JOURDAN, *as Police Commissioner, etc., Respondent* — Order dismissing relator affirmed, with costs. Opinion by BARNARD, P. J.